**FILED**

June 14, 2010

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> RAMON FILIPE MALDONADO, ) <br> ) <br> Defendant. ) | Case No. 2:10-cr-00220-GEB <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Ramon Filipe Maldonado</u>; Case  <u>2:10-cr-00200-GEB</u>  from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   ___   Release on Personal Recognizance

   ___   Bail Posted in the Sum of _____

   ___   Unsecured bond in the amount of

   ___   Appearance Bond with 10% Deposit

   ___   Appearance Bond secured by Real Property

   ___   Corporate Surety Bail Bond

   _X_   (Other) <u>Pretrial conditions/supervision;</u>

Issued at  <u>Sacramento, CA</u>  on 6/14/10 at 2:55 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge